ANDREW R. MUEHLBAUER, ESQ.
Nevada Bar No. 10161
SEAN P. CONNELL, ESQ.
Nevada Baw No. 7311
**MUEHLBAUER LAW OFFICE, LTD.**
7915 West Sahara Ave., Suite 104
Las Vegas, Nevada 89117
Telephone: (702) 330-4505
Facsimile: (702) 825-0141
andrew@mlolegal.com
sean@mlolegal.com

*Counsel for Plaintiff*
*North American Marketing, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NORTH AMERICAN MARKETING, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE FEDERAL SAVINGS BANK, <br><br> Defendant. | Case No. 2:17-cv-01998-JAD-NJK <br><br> ECF No. 11 |

**STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF NORTH AMERICAN MARKETING, INC. TO FILE ITS RESPONSE TO DEFENDANT THE FEDERAL SAVINGS BANK'S MOTION TO DISMISS (FIRST REQUEST)**

Pursuant to LR IA 6-2 and LR 7-1, Plaintiff NORTH AMERICAN MARKETING, INC. ("NAMI") and Defendant THE FEDERAL SAVINGS BANKS ("TFSB"), by and through its undersigned counsel, hereby stipulate and agree as follows:

1. On or about July 21, 2017, TFSB filed a Petition for Removal of this action from Clark County District Court;

2. On or about July 28, 2017, TFSB filed a Motion to Dismiss the instant action;

3. NAMI and TFSB have agreed to extend the deadline for NAMI's deadline for filing its response to the Motion to Dismiss to August 18, 2017. This extension is sought due to the fact that there are multiple motion hearings set for August 11, 2017 in the related federal litigation which may

affect the Motion to Dismiss; and

    4.    This is the first extension sought by counsel.

Dated this 9th day of August, 2017.

| **McDONALD CARANO LLP** | **MUEHLBAUER LAW OFFICE, LTD.** |
|---|---|
| By: /s/ Kristen T. Gallagher<br>JEFF SILVESTRI, ESQ.<br>Nevada Bar No. 5779<br>KRISTEN T. GALLAGHER, ESQ.<br>Nevada Bar No. 9561<br>2300 West Sahara Ave., Suite 1200<br>Las Vegas, Nevada 891012<br>Telephone:702.873.4100<br>Facsimile:702.874.9966<br>jsilvestri@mcdonaldcarano.com<br>kgallagher@mcdonaldcarano.com<br><br>David S. Americus (pro hac vice to be submitted)<br>Steven H. Leech (pro hac vice to be submitted)<br>GOZDECKI, DEL GIUDICE, AMERICUS, FARKAS & BROCATO LLP<br>One East Wacker Drive, Suite 1700<br>Chicago, IL 60601<br>Telephone: 312.782.5010<br>Facsimile: 312.782.4324<br>d.americus@gozdel.com<br>s.leech@gozdel.com<br><br>*Counsel for Defendant The Federal Savings Bank* | By: /s/ Andrew R. Muehlbauer<br>ANDREW R. MUEHLBAUER, ESQ.<br>Nevada Bar No. 10161<br>SEAN P. CONNELL, ESQ.<br>Nevada Bar No. 7311<br>7915 West Sahara Ave., Suite 104<br>Las Vegas, Nevada 89117<br>Telephone:702.330.4505<br>Facsimile:702.825.0141<br>andrew@mlolegal.com<br>sean@mlolegal.com<br><br>*Counsel for Plaintiff*<br>*North American Marketing, Inc.* |

**IT IS ORDERED:**

_____
U.S. District Judge Jennifer Dorsey
August 10, 2017